UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: : CHAPTER 13
CURTIS JERROD ROUSSAW : CASE NUMBER A17-51323-JRS
DEBTOR :

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The plan as proposed will extend to sixty-four (64) months, which exceeds the sixty (60) months allowed by 11 U.S.C. Section 1322(d).

2.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible. 11 U.S.C. Section 1325(a)(6).

3.

The Debtor has failed to provide to the Trustee a copy of the 2016 tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).

4.

The Trustee requests the end date of the Debtor's retirement loan in order to determine the accuracy and veracity of the plan and/or Schedules. 11 U.S.C. Section 521(1), 11 U.S.C. Section 1325(a)(3), and 11 U.S.C. Section 1325(b)(1)(B).

5.

The Debtor proposes to pay child support directly to the recipient. The Chapter 13 Trustee requests proof of post-petition child support payments of $1,000.00 per month in order to determine feasibility of the plan. 11 U.S.C. Section 1325(a)(6).

6.

Official Form 122C-2 reflects amounts for line items 33d and 41 that appear to be incorrect. 11 U.S.C. Section 1325(b)(2) and 11 U.S.C. Section 1325(b)(3).

7.

The Chapter 13 Trustee requests proof of the expense for childcare in the amount of $715.00 on line 21 of the Official Form 122C-2.  11 U.S.C. Section 1325(b)(2) and 11 U.S.C. Section 1325(b)(3).

8.

The Debtor claimed an expense for telecommunication in the amount of $50.00 on Official Form 122C-2 line 23 that may be excessive.  The Debtor should provide documentation to support that this expense is reasonable and necessary for the Debtor and Debtor's dependents.  11 U.S.C. Section 1325(b)(2), 11 U.S.C. Section 1325(b)(3) and 11 U.S.C. Section 1325(a)(3).

9.

The Chapter 13 Plan fails to provide for the appropriate pool of funds or dividend to the unsecured creditors as required by 11 U.S.C. Section 1325(b)(1)(B).

10.

The Rule 2016(b) Disclosure Statement fails to contain an assignment from the Debtor to his attorney for funds to be paid for attorney's fees upon pre-confirmation dismissal or conversion.

11.

The Chapter 13 plan proposes to value the secured liens of the Internal Revenue Service and Georgia Department of Revenue and potentially reduce the funds to be received on the creditor's secured claims. The Debtor has failed to file a motion to accompany this plan treatment.  The proposed treatment may violate 11 U.S.C. Section 506 and 11 U.S.C. Section 1322(b)(2)

12.

The Chapter 13 plan fails to provide for the assumption or rejection of the executory contracts with Ray White Properties and Waypoint Homes in violation of 11 U.S.C. Section 365(b)(1)(C).

   WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

              Respectfully submitted,

              /s/
              Ryan J. Williams,
              Attorney for Chapter 13 Trustee
              GA Bar No. 940874
              303 Peachtree Center Ave., NE, Suite 120
              Atlanta, GA  30303
*/jlr*            (678) 992-1201

# CERTIFICATE OF SERVICE

Case No:  A17-51323-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Objection to Confirmation and Motion to Dismiss by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
CURTIS JERROD ROUSSAW
5397 SAPPHIRE CIR
ELLENWOOD, GA  30294


**Attorney for the Debtor(s):**
WALDEN, GOODHART, HARDEN & NEW, LLC
315 W. PONCE DE LEON AVENUE
SUITE 757
DECATUR, GA  30030



This the 7th day of March, 2017.


/s/_____
   Ryan J. Williams
   Attorney for the Chapter 13 Trustee
   State Bar No. 940874
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201